In re: Athar A. ABBASI, M.D., Petitioner.

No. 11–1302.

United States Court of Appeals, Fourth Circuit.

Submitted: May 19, 2011.

Decided: May 23, 2011.

---

Athar A. Abbasi, Petitioner Pro Se.

Before TRAXLER, Chief Judge, and AGEE and KEENAN, Circuit Judges.

Petition denied by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Athar A. Abbasi, M.D., petitions for a writ of mandamus compelling the district court to issue summonses in his case. Our review of the district court's docket reveals that the requested summonses have issued. Accordingly, we deny the mandamus petition as moot. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and would not aid the decisional process.

*PETITION DENIED.*